# Court of Appeals
# of the State of Georgia

ATLANTA,  February 27, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1414. XAVIER WHITE v. THE STATE.

In November 2013, Xavier White pled guilty to multiple crimes stemming from three separate lower court case numbers: 12SC110501, 12SC110502, and 13SC122385. White was sentenced in a single sentencing order. White moved to withdraw his guilty plea, and the trial court denied the motion. White filed a direct appeal, which was dismissed as untimely. See Case No. A16A0444, dismissed Nov. 24, 2015. White was subsequently granted an out-of-time appeal, and he filed a second motion to withdraw his guilty plea. The trial court denied the motion by order entered April 25, 2017. White filed a notice of appeal from this ruling on May 10, 2017.

Although a single notice of appeal was filed listing all three lower court cases, the trial court clerk transmitted three separate appeals. The first two appeals were transmitted in 2017 and docketed as Case Numbers A18A0288 (for lower court case number 13SC122385) and A18A0289 (for lower court case number 12SC110502). On May 14, 2018, we affirmed the trial court's April 25, 2017 order. Thereafter, the trial court clerk transmitted the instant appeal from the same trial court order, which lists all three lower court case numbers.

"It is well established that any issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court, and that the law of the case doctrine is not confined to civil cases, but applies also to rulings made by appellate courts in criminal cases." *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) (citations and punctuation omitted).

Because we have already affirmed the trial court's April 25, 2017 order, we are precluded from revisiting the same issue in the current appeal. Accordingly, the instant appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/27/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*